**UNITED STATES DISTRICT COURT**

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARAH FRIEDMAN,

                      Plaintiff,           **ORDER**

  -against-                                 21 Civ. 7657 (KMK)(JCM)

EXPERIAN INFORMATION SOLUTIONS, INC.,
*et al.*

                      Defendants.
------------------------------------------------------------------X

TO ALL PARTIES:

      The parties have settled this matter. (*See* Docket Nos. 24, 42, 49, 53 and 54). Therefore, the Telephone Conference scheduled for March 16, 2022 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy is canceled and the referral to the undersigned is closed.

Dated: March 15, 2022
       White Plains, New York

                                                      **SO ORDERED:**

                                                      _____
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge